UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

**FILED**
APR 0 3 2007
CLERK

---

UNITED STATES OF AMERICA

   Plaintiff,

     v.

EDITH M. MAYES

   Defendant,

   and

MCDONALD'S OF VALENTINE,
MITCHELL, SD,
and its successors or assigns

   Garnishee.

---

CIV06-4060

APPLICATION FOR WRIT OF
CONTINUING GARNISHMENT

  The United States of America, plaintiff, makes application in accordance with 28 U.S.C. §3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the Judgment entered against the Defendant, Edith M. Mayes whose last known address is Little's Trailer Court, #406, Valentine, Nebraska 69201-2304 in the above cited action in the amount of $25,633.48, plus any applicable interest. There is currently a total balance due of $26,631.06.

  The United States of America further requests that it be allowed to recover as part of this garnishment, a surcharge of ten percent (10%) of the amount of the current outstanding debt, or $2,663.10, pursuant to 28 U.S.C. §3011(a).

  Demand for payment of the above-stated debt was made upon the debtor not less than 30 days prior to April 2, 2007, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the judgment debtor and is in possession of property of the debtor in which the debtor has a substantial nonexempt interest.

The name and address of the Garnishee or his authorized agent is McDonald's of Valentine, c/o Porter Stores of Neb, Inc., 1704 North Main Street, Mitchell, SD 57301.

Dated: 4-2-07

MARTY J. JACKLEY
UNITED STATES ATTORNEY

Jan L. Holmgren
Assistant United States Attorney
P.O. Box 3303
Sioux Falls, South Dakota 57101-3303
(605)330-4400