UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**

AUG 2 3 2007

CLERK

UNITED STATES OF AMERICA

Plaintiff,

v.

EDITH M. MAYES

Defendant,

and

WESTERN OIL, INC.,
VALENTINE, NE,
and its successors or assigns

Garnishee.

CIV06-4060

APPLICATION FOR WRIT OF
CONTINUING GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. §3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the Judgment entered against the Defendant, Edith M. Mayes whose last known address is 406 Little's Trailer Court, Valentine, Nebraska 69201-2304 in the above cited action in the amount of $25,633.48, plus any applicable interest. There is currently a total balance due of $27,145.52.

The United States of America further requests that it be allowed to recover as part of this garnishment, a surcharge of ten percent (10%) of the amount of the current outstanding debt, or $2,714.55, pursuant to 28 U.S.C. §3011(a).

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days prior to August 21, 2007, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the judgment

debtor and is in possession of property of the debtor in which the debtor has a substantial nonexempt interest.

The name and address of the Garnishee or his authorized agent is Western Oil, Inc., P.O. Box 10, Valentine, NE 69201.

Dated: _8-22-07_

MARTY J. JACKLEY
UNITED STATES ATTORNEY

Jan L. Holmgren
Assistant United States Attorney
P.O. Box 3303
Sioux Falls, South Dakota 57101-3303
(605)330-4400
(605)330-4402 (fax)
Jan.Holmgren@usdoj.gov