FILED
OCT 17 2008

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA

        Plaintiff,

        v.

EDITH M. MAYES

        Defendant,

        and

WESTERN OIL, INC.,
VALENTINE, NE,
and its successors or assigns

        Garnishee.

---

CIV06-4060

ANNUAL ACCOUNTING OF
GARNISHMENT WAGES
RECEIVED FROM GARNISHEE

Pursuant to 28 U.S.C. §3205(c)(9)(A), the United States gives the following annual accounting of garnishment wages received in this action from the garnishee, Western Oil, Inc.. From October 10, 2007 through October 9, 2008, the Plaintiff has received a total of $2,773.90 from the garnishee.

Dated: 10-16-08

MARTY J. JACKLEY
UNITED STATES ATTORNEY

Jan L. Holmgren
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, South Dakota 57101-2638
(605)330-4400
(605)330-4402 (fax)
Jan.Holmgren@usdoj.gov

CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the Accounting of Garnishment Wages Received from Garnishee was served by first-class mail on this date, by mailing a copy to the garnishee, Western Oil, Inc., at P.O. Box 10, Valentine, NE 69201, and to the judgment debtor, Edith M. Mayes, at debtor's last known address of 406 Little's Trailer Court, Valentine, NE 69201-2304.

DATED: _10-16-08_

Jan L. Holmgren
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, South Dakota 57101-2638
(605)330-4400
(605)330-4402 (fax)
Jan.Holmgren@usdoj.gov