UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

------------------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA | CIV06-4060 |
| Plaintiff, | ANNUAL ACCOUNTING OF GARNISHMENT WAGES |
| v. | RECEIVED FROM GARNISHEE |
| EDITH M. MAYES | |
| Defendant, | |
| and | |
| WESTERN OIL, INC., OMAHA, NE, and its successors or assigns | |
| Garnishee. | |

------------------------------------------------------

Pursuant to 28 U.S.C. §3205(c)(9)(A), the United States gives the following annual accounting of garnishment wages received in this action from the garnishee, Western Oil, Inc.. From October 10, 2008 through October 5, 2009, the Plaintiff has received a total of $2,850.79 from the garnishee.

DATED:    October 5, 2009

DENNIS R. HOLMES
ACTING UNITED STATES ATTORNEY

/s/ Jan L. Holmgren
Jan L. Holmgren
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, South Dakota 57101-2638
(605)330-4400
(605)330-4402 (fax)
Jan.Holmgren@usdoj.gov

CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the Accounting of Garnishment Wages Received from Garnishee was served by first-class mail on this date, by mailing a copy to the garnishee, Western Oil, Inc., at C/O Road Runner Shell Travel Mart, 2429 S. 186th Circle, Omaha, NE 68130, and to the judgment debtor, Edith M. Mayes, at debtor's last known address of 406 Little'S Trailer Court, Valentine, NE 69201-2304.

DATED:    October 5, 2009

/s/ Jan L. Holmgren
Jan L. Holmgren
Assistant United States Attorney

This document was electronically filed