UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

-----------------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA | CIV06-4060 |
| Plaintiff, | MOTION FOR TERMINATION OF CONTINUING GARNISHMENT |
| v. | WITH FINAL ACCOUNTING |
| EDITH M. MAYES | |
| Defendant, | |
| and | |
| WESTERN OIL, INC., OMAHA, NE and its successors or assigns | |
| Garnishee. | |

-----------------------------------------------------

Comes now the United States of America and moves the Court for an Order dismissing the Continuing Garnishment in the above-entitled matter against the defendant, Edith M. Mayes and the Garnishee, Western Oil, Inc., on the grounds and for the reason that the defendant is no longer employed by the Garnishee. Pursuant to 28 U.S.C. §3205(c)(10)(B), the garnishment should now be terminated.

Pursuant to 28 U.S.C. §3205(c)(9)(B), plaintiff declares that since the garnishment order was entered on October 10, 2007, the plaintiff has received and credited to the defendant's account total payments of $10,398.08 from the Garnishee.

DATED: May 31, 2012

BRENDAN V. JOHNSON
UNITED STATES ATTORNEY


*/s/ Jan L. Holmgren*
Jan L. Holmgren
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, South Dakota 57101-2638
(605)330-4400
(605)330-4402 (fax)
Jan.Holmgren@usdoj.gov

2

CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Motion to Dismiss Continuing Garnishment was served by first-class mail this date, by mailing a copy to the garnishee, Western Oil, Inc., C/O Road Runner Shell Travel Mart, 2429 S. 186th Circle, Omaha, NE  68130, and to the judgment debtor, Edith M. Mayes, at debtor's last known address of [REDACTED], Valentine, NE, 69201-2304.

DATED: <u>May 31, 2012</u>

<u>/s/ Jan L. Holmgren</u>
Jan L. Holmgren
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, South Dakota 57101-2638
(605)330-4400
(605)330-4402 (fax)
Jan.Holmgren@usdoj.gov

This document was electronically filed

3