UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA | CIV06-4060 |
| Plaintiff | |
| vs. | ANNUAL ACCOUNTING OF GARNISHMENT WAGES RECEIVED FROM GARNISHEE |
| EDITH M. MAYES | |
| Defendant | |
| and | |
| SAPP BROS. PETROLEUM, OMAHA, NE, and its successors or assigns | |
| Garnishee | |

---

Pursuant to 28 U.S.C. §3205(c)(9)(A), the United States gives the following annual accounting of garnishment wages received in this action from the garnishee, Sapp Bros. Petroleum. From February 14, 2017 through May 3, 2018, the Plaintiff has received a total of $4,408.73 from the garnishee.

DATED:      May 4, 2018

RONALD A. PARSONS, JR.
UNITED STATES ATTORNEY

*/s/ Stephanie C. Bengford*
Stephanie C. Bengford
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, South Dakota  57101
605-357-2341
605-330-4410 (fax)
Stephanie.Bengford@usdoj.gov

CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the Accounting of Garnishment Wages Received from Garnishee was served by first-class mail on this date, by mailing a copy to the garnishee, Sapp Bros. Petroleum, ATTN: Human Resources/Payroll, at c/o Payroll, 9915 S. 148th St., Omaha, NE 68138, and to the judgment debtor, Edith M. Mayes, at debtor's last known address of 1502 F Avenue, Kearney, NE 68847.

DATED: <u>May 4, 2018</u>

<u>*/s/Stephanie C. Bengford*</u>