UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA

    Plaintiff

vs.

EDITH M. MAYES

    Defendant

and

CBH COOPERATIVE,
HOT SPRINGS, SD,
and its successors or assigns

    Garnishee

CIV06-4060

ANSWER OF THE GARNISHEE

---

I, **Berline Greenough**, make the following declaration in
(Print Your Name)

Answer to the Writ of Continuing Garnishment.

## EMPLOYEE COMPENSATION INFORMATION

On **October 30**, 20**23**, Employer/Garnishee received by certified mail a copy of the Writ of Continuing Garnishment.

| Yes | No | | |
|---|---|---|---|
| X | ___ | 1. | Debtor was in my/our employ. |

    If No, the defendant's last day of employment was
    _____. (Skip to No. 5)

    If Yes, proceed to No. 2.

2. The beginning date of the pay period in which the Writ was received is: 10-23-23 .

The ending date of the pay period in which the Writ was received is: 11-5-23 .

The pay period is __ weekly, X bi-weekly, __ semi-monthly, or __ monthly (please check one).

3. The amount of net wages is as follows:
(a) Gross Pay                              $1160.00
(b) Federal Income Tax Withheld   $67.82
(c) F.I.C.A. Tax Withheld              $88.74
(d) State/Tribal Tax Withheld        $_____
Total of taxes withheld                  $_____
   Net Wages                              $1003.44
   (a less total of b, c, &amp; d)

Yes   No
___   _X_   4. Employer/Garnishee is already withholding wages under a garnishment action. We received service of the garnishment on _____(Date). The amount garnished per pay period is _____%; or $_____.

5. In addition, the Garnishee has custody, control, or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. NA | _____ | _____ |
| 2. NA | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. 290.00 or Max 25% | 10-23-23 - 11-5-23  pd 11-10-23 |
| 2. 290.00 or May 25% | 11-6-23 - 11-19-23  pd 11-24-23 |

- 2 -

## SERVICE OF THE ANSWER

On behalf of the Employer/Garnishee, I certify that the original of this signed document was mailed, for filing, to the Clerk of the United States District Court, 400 South Phillips, Room 128, Sioux Falls, South Dakota 57104-6851.

I further certify that a copy of this document was sent by first-class mail to (1) the Debtor, Edith M. Mayes, 27 8th Ave., Belle Fourche, SD 57717, and (2) to the U.S. Attorney's Office, ATTN: Financial Litigation Unit, P.O. Box 2638, Sioux Falls, SD 57101.

I declare, under penalty of perjury, that the foregoing information is a true and correct statement.

Executed on this the 30 day of October, 2023.

_____
Signature for Employer/Garnishee

Berline Greenough
(Print Name of Signatory Above)

Director of HR
(Job Title of Signatory Above)

Employer/Garnishee Address:
742 Jennings Ave
Hot Springs SD 57747

Contact Phone. No. 605-721-3019
E-mail _____

- 3 -



742 JENNINGS AVE
HOT SPRINGS, SD 57747

RAPID CITY SD 577

31 OCT 2023 PM 1 L

Clerk of Courts, United States District Court
400 South Phillips, Room 128
Sioux Falls   SD   57104- 6851

57104$6851   C033

Case 4:06-cv-04060-LLP  Document 86  Filed 11/02/23  Page 5 of 5 PageID #: 286

