UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIV06-4060 |
| Plaintiff | |
| | SATISFACTION OF JUDGMENT |
| vs. | |
| EDITH M. MAYES | |
| Defendant | |

The Judgment in the above entitled case filed with this Court on June 27, 2006 in the amount of $25,033.48 and an Abstract of Judgment filed in the CHERRY County Register of Deeds Office, Valentine, Nebraska, on March 9, 2007, as Document No. 66-07900845, having been paid or otherwise settled through compromise, the Clerk of the United States District for the District of South Dakota is hereby authorized and empowered to satisfy and cancel said Judgment of record.

DATED:   December 12, 2024

ALISON J. RAMSDELL
UNITED STATES ATTORNEY

*/s/Alexis A. Warner*
Alexis A. Warner
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, South Dakota  57101
605-330-4400
605-330-4410 (fax)
Alexis.Warner@usdoj.gov